FILED
U.S. DISTRICT COURT
SAVANNAH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

APR 15 AM 11

CLERK _____
SO. DIST. OF GA.

DARIUS ISHUN GREEN,

    Plaintiff,

v.

BRAD HOOKS; JOHN BROWN;
and LT. GRUBBS,

    Defendants.

CIVIL ACTION NO.: CV613-017

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants in their official capacities are **DISMISSED**.

**SO ORDERED**, this _15_ day of _April_, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)