UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARIUS ISHUN GREEN,           )
                              )
        Plaintiff,            )
                              )
v.                            )
                              )          6:13-cv-17
BRAD HOOKS; JOHN BROWN;       )
and TORIE GRUBBS              )
                              )
        Defendants.           )
                              )

## ORDER

After a *de novo* review of the record, including the requisite liberal construction of Green's complaint, the Court concurs with Magistrate Judge's Report and Recommendation, to which an objection has been filed. *Barnes v. United States*, 427 F. App'x 726, 727 (11th Cir. 2011) (per curiam) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)). The Report and Recommendation therefore is *ADOPTED* as the opinion of the Court.

The 29 day of August, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA